UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

D.A., a minor, by Next Friend
Deisy Guzman

          Plaintiff,

v.

The TJX Companies, Inc., et al.,

          Defendants.

_____/

Case No. 23-10288

Judith E. Levy
United States District Judge

Mag. Judge Jonathan J.C. Grey

## ORDER STRIKING DEFENDANT'S NOTICE OF REMOVAL [1]

On February 3, 2023, Defendant The TJX Companies, Inc. filed a notice of removal, removing this action from Wayne County Circuit Court. (ECF No. 1.) The Court reviewed the notice and it includes the full name of the minor Plaintiff in violation of Federal Rule of Civil Procedure 5.2(a). This information also appears in the copy of the complaint attached to the notice of removal. While state court records are exempt from the redaction requirements under Rule 5.2(b)(3), the Court finds

good cause to require the minor's name to be redacted from the complaint as well. Fed. R. Civ. P. 5.2(e).

Accordingly, the Court STRIKES Defendant's notice of removal. (ECF No. 1.) By **Friday, February 10, 2023**, Defendant must file:

(1) a corrected copy of the notice of removal with a redacted copy of the state court complaint; and

(2) an unredacted copy of the state court complaint under seal.

Additionally, counsel are reminded that, under Eastern District of Michigan Local Rule 5.1(d)(1), exhibits filed electronically must comply with Rule 19(b) of the Eastern District of Michigan's ECF Policies and Procedures.

IT IS SO ORDERED.

Dated: February 6, 2023　　　　s/Judith E. Levy
Ann Arbor, Michigan　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 6, 2023.

　　　　　　　　　　　　　　　s/William Barkholz
　　　　　　　　　　　　　　　WILLIAM BARKHOLZ
　　　　　　　　　　　　　　　Case Manager